## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SATTERLEE v. DAIMLER CHRYSLER                     Case No. 08CV666 BEN(RBB)
                                                  **Time Spent:**

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
        Plaintiffs                              Defendants

PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

The settlement disposition conference on July 17, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on July 1, 2008.

DATE: July 1, 2008          IT IS SO ORDERED:  *Ruben Brooks*
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge
cc: Judge Benitz                    INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\SATTERLEE0666\Minutes02.wpd